Certificate Number: 05781-NJ-DE-035373252

Bankruptcy Case Number: 21-11067



05781-NJ-DE-035373252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2021, at 3:15 o'clock PM PST, Moshe German completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 16, 2021          By:   /s/Allison M Geving

Name: Allison M Geving

Title: President