Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−11067−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Moshe German
   5 Duncan Place
   Morganville, NJ 07751

Social Security No.:
   xxx−xx−7025

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           4/21/21
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: February 18, 2021
JAN: gan

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Moshe German  
    Debtor

Case No. 21-11067-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Feb 18, 2021     Form ID: 132     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moshe German, 5 Duncan Place, Morganville, NJ 07751-1605 |
| 519110189 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519110188 | + | Banco Popular North America, 85 Broad St, 10th Floor, New York, NY 10004-2787 |
| 519110190 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519110191 | + | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519110192 | + | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519110193 | + | County of New York Supreme Court, 60 Centre St., New York, NY 10007-1474 |
| 519110194 | + | Doral Bank, 623 5th Ave Fl 13, New York, NY 10022-9134 |
| 519110200 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519110201 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519110202 | + | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 519110204 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519110205 | + | Yellow Funding Corp, 625 West 51st Street, New York, NY 10019-6797 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519110191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 00:00:04 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519110192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 00:00:16 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519110196 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2021 21:25:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519110198 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 23:58:38 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519113456 | | Email/PDF: pa_dc_claims@navient.com | Feb 18 2021 23:40:01 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519110199 | + | Email/PDF: pa_dc_claims@navient.com | Feb 18 2021 23:59:14 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 519110203 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 23:39:10 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519110197 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519110195 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Moshe German rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4