Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−11067−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Moshe German
  5 Duncan Place
  Morganville, NJ 07751

Social Security No.:
  xxx−xx−7025

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 24, 2021.

Dated: August 24, 2021
JAN: rms

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-11067-CMG

Moshe German                                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin           Page 1 of 2

Date Rcvd: Aug 24, 2021           Form ID: plncf13           Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moshe German, 5 Duncan Place, Morganville, NJ 07751-1605 |
| 519110189 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519110188 | + | Banco Popular North America, 85 Broad St, 10th Floor, New York, NY 10004-2787 |
| 519110190 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519110193 | + | County of New York Supreme Court, 60 Centre St., New York, NY 10007-1474 |
| 519110194 | + | Doral Bank, 623 5th Ave Fl 13, New York, NY 10022-9134 |
| 519134046 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519110200 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519110201 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519186658 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519269270 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519110202 | + | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 519148496 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519148495 | + | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519110204 | + | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519110205 | + | Yellow Funding Corp, 625 West 51st Street, New York, NY 10019-6797 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519110191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:31:02 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519110192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:30:56 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519165940 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:30:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519110196 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2021 20:21:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519110198 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 24 2021 20:31:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519167089 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2021 20:30:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 21-11067-CMG    Doc 39    Filed 08/26/21    Entered 08/27/21 00:13:11    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: plncf13 | Total Noticed: 28 |

| 519113456 | | Email/PDF: pa_dc_claims@navient.com | | |
|---|---|---|---|---|
| | | | Aug 24 2021 20:30:55 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519110199 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Aug 24 2021 20:30:47 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 519110203 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 24 2021 20:30:53 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519152246 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 24 2021 20:31:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519110197 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519110195 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2021             Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Moshe German rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4