UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Moshe German

Case No.: _____21-11067_____

Chapter: _____13_____

Judge: _____Gravelle_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Moshe German_____

This will confirm that on _____2/4/2022_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _I & J_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information

(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)

[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: 2/7/2022_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-11067-CMG

Moshe German                                                                        Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                          Page 1 of 2
Date Rcvd: Feb 07, 2022                   Form ID: pdf903                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

**Recip ID              Recipient Name and Address**
db                      +  Moshe German, 5 Duncan Place, Morganville, NJ 07751-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022                        Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

**Name                   Email Address**

Albert Russo
                        on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                        docs@russotrustee.com

Denise E. Carlon
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com
                        bkgroup@kmllawgroup.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
                        on behalf of Debtor Moshe German rudikhlawgroup@gmail.com
                        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

District/off: 0312-3                          User: admin                                      Page 2 of 2
Date Rcvd: Feb 07, 2022                       Form ID: pdf903                                   Total Noticed: 1
TOTAL: 5