**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Moshe German** | Social Security number or ITIN   xxx–xx–7025 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–11067–CMG

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Moshe German

7/30/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                  **Chapter 13 Discharge**                  page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                Case No. 21-11067-CMG

Moshe German                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                          Page 1 of 3

Date Rcvd: Jul 30, 2026                  Form ID: 3180W                       Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moshe German, 5 Duncan Place, Morganville, NJ 07751-1605 |
| 519110188 | + | Banco Popular North America, 85 Broad St, 10th Floor, New York, NY 10004-2787 |
| 519110193 | + | County of New York Supreme Court, 60 Centre St., New York, NY 10007-1474 |
| 519110194 | + | Doral Bank, 623 5th Ave Fl 13, New York, NY 10022-9134 |
| 519110200 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519110205 | + | Yellow Funding Corp, 625 West 51st Street, New York, NY 10019-6797 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519110189 | + | EDI: BANKAMER | Jul 31 2026 01:14:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519110190 | + | EDI: BANKAMER | Jul 31 2026 01:14:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519110191 | + | EDI: CITICORP | Jul 31 2026 01:14:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519110192 | + | EDI: CITICORP | Jul 31 2026 01:14:00 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519165940 | | EDI: CITICORP | Jul 31 2026 01:14:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519110196 | | EDI: IRS.COM | Jul 31 2026 01:14:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519134046 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 30 2026 21:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519110198 | + | EDI: JPMORGANCHASE | Jul 31 2026 01:14:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 519927748 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 21:33:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927749 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 21:33:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519167089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2026 21:43:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519113456 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 30 2026 21:32:56 | NAVIENT PC TRUST, C/O Navient Solutions, |

|  |  |  | LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
|---|---|---|---|
| 519110199 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 30 2026 21:33:08 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 519110201 | + Email/Text: mtgbk@shellpointmtg.com | Jul 30 2026 21:33:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519186658 | Email/Text: mtgbk@shellpointmtg.com | Jul 30 2026 21:33:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519110202 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2026 21:33:00 | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129 |
| 519269270 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 30 2026 21:33:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519110203 | + EDI: SYNC | Jul 31 2026 01:14:00 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519152246 | + EDI: PRA.COM | Jul 31 2026 01:14:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519148496 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2026 21:33:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519148495 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2026 21:33:00 | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519110204 | + EDI: CITICORP | Jul 31 2026 01:14:00 | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519110195 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519110197 | * | Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-3       User: admin       Page 3 of 3

Date Rcvd: Jul 30, 2026       Form ID: 3180W       Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Sherri R. Dicks | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING shrdlaw@outlook.com shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Moshe German rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 6