UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ  08650-4853

609-587-6888

In re:

Moshe German

Case No.: 21-11067 / CMG

Chapter:  13

Judge:

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $1.59, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| CITIBANK, NA<br>ATTN: EXCEPTION PAYMENTS<br>4674 HOUSTON RD<br>FLORENCE, KY  41042 | $1.59 |

DATED:  8/6/2026

_____   /s/   Albert Russo   _____
Albert Russo
Standing Chapter 13 Trustee

2111067     5